# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel, | § | |
| LAWRENCE M. SMITH, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:12-cv4377-M |
| | § | |
| DEION L. SANDERS, INDIVIDUALLY, | § | |
| and | § | |
| DAMIEN LAMARC WALLACE A/K/A D. L. | § | |
| WALLACE, INDIVIDUALLY | § | |
| and | § | |
| FREDERICK R. MAYS. INDIVIDUALLY, | § | |
| and | § | |
| CHAZMA JONES, INDIVIDUALLY, | § | |
| and | § | JURY TRAIL DEMANDED |
| UPLIFT FORT WORTH, CDC, | § | |
| INDIVIDUALLY | § | |
| and | § | |
| CHARITY CHURCH, INDIVIDUALLY, | § | |
| and | § | |
| PRIME TIME ASSOCIATION, | § | |
| INDIVIDUALLY | § | |
| and | § | |
| TEXAS DEPARTMENT OF AGRICULTURE, | § | |
| INDIVIDUALLY, | § | |
| and | § | |
| JANE DOE AND JOHN DOE | § | |
| Defendants, | § | |

---

## MOTION FOR CLERK TO ENTER DEFAULT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Lawrence M. Smith, Relator Plaintiff, hereinafter referred to as Movant, and files this Motion For Clerk to Enter Default, and in support hereof, shows the court the following:

I.

Movant filed suit ex rel against Defendant, Uplift Fort Worth, CDC, and others on October 31, 2012, Under Seal, seeking damages for violations of the Federal False Claims Act, 31 USC 3729-3733. This cause was unsealed by order of the Court on July 8, 2013. Defendant, Uplift Fort Worth, CDC was served with Summons by serving its Registered Agent, Prime Prep Academy, by personal service on Prime Prep Academy's School Secretary, Abigail Santos, on January 29, 2014, at its principal office located at 4400 Panola Avenue, Fort Worth, Texas 76103. The Return of Service for Defendant, Uplift Fort Worth, CDC was filed in this cause on January 31, 2014.

II.

Defendant, Uplift Fort Worth, CDC has failed to plead, otherwise defend, make any appearance or file an answer within the time allowed by law and has wholly made default.

III.

The following documents are attached to this Motion:

1.    Certificate of Last Known Mailing Address (Exhibit "A")

2.    Nonmilitary Affidavit (Exhibit "B")

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Clerk of this Court make Entry of Default in this cause against Defendant, Uplift Fort Worth, CDC, pursuant to Rule 55 (b)(1), *Federal Rules of Civil Procedure*.

Respectfully submitted,

Don R. Stewart
Texas Bar No. 19206700
200 East Main Street
Arlington, TX 76010
Telephone:    (817) 548-9200
Facsimile:    (817). 548-9210
E-Mail:  don@donstewartlaw.com
Attorney for Plaintiff/Relator

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Clerk To Enter Default was mailed via First Class Mail on this 12th day of March, 2014 to:

> Clay R. Mahaffey, Assistant United States Attorney
> UNITED STATES ATTORNEY'S OFFICE
> Northern District of Texas, Burnett Plaza, 17th Floor
> 801 Cherry St., Unit 4
> Fort Worth, TX 761902-6882

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel,<br>**LAWRENCE M. SMITH,**<br>**Plaintiffs** | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 3:12-cv4377-M** |
| **DEION L. SANDERS, INDIVIDUALLY,**<br>and<br>**DAMIEN LAMARC WALLACE A/K/A D. L.**<br>**WALLACE, INDIVIDUALLY**<br>and<br>**FREDERICK R. MAYS. INDIVIDUALLY,**<br>and<br>**CHAZMA JONES, INDIVIDUALLY,**<br>and<br>**UPLIFT FORT WORTH, CDC,**<br>**INDIVIDUALLY**<br>and<br>**CHARITY CHURCH, INDIVIDUALLY,**<br>and<br>**PRIME TIME ASSOCIATION,**<br>**INDIVIDUALLY**<br>and<br>**TEXAS DEPARTMENT OF AGRICULTURE,**<br>**INDIVIDUALLY,**<br>and<br>**JANE DOE AND JOHN DOE**<br>**Defendants,** | § § § § § § § § § § § § § § § § § § § § § § § § | **JURY TRAIL DEMANDED** |

## CERTIFICATE OF LAST KNOW ADDRESS
### FOR DEFENDANT, UPLIFT FORT WORTH

I Certify that, to the best of my knowledge and belief, the last known address of Defendant, Uplift Fort Worth, CDC, is 4400 Panola Avenue, Fort Worth, Texas 76103.

Signed this ___12 th___ day of ___March___, 2014.

Don R. Stewart, Attorney for Plaintiff/Relator

## EXHIBIT "A"

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel, <br> LAWRENCE M. SMITH, <br> **Plaintiffs** | § <br> § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:12-cv4377-M |
| DEION L. SANDERS, INDIVIDUALLY, <br> and <br> DAMIEN LAMARC WALLACE A/K/A D. L. <br> WALLACE, INDIVIDUALLY <br> and <br> FREDERICK R. MAYS. INDIVIDUALLY, <br> and <br> CHAZMA JONES, INDIVIDUALLY, <br> and <br> UPLIFT FORT WORTH, CDC, <br> INDIVIDUALLY <br> and <br> CHARITY CHURCH, INDIVIDUALLY, <br> and <br> PRIME TIME ASSOCIATION, <br> INDIVIDUALLY <br> and <br> TEXAS DEPARTMENT OF AGRICULTURE, <br> INDIVIDUALLY, <br> and <br> JANE DOE AND JOHN DOE <br> **Defendants,** | § § § § § § § § § § § § § § § § § § § § § § § § | JURY TRAIL DEMANDED |

---

## NONMILITARY AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don R.

Stewart, who swore on oath that the following facts are true:

Non Military Affidavit                                             Page 1 of 2

## EXHIBIT "B"

"My name is Don R. Stewart.   I am over 18 years of age, of sound mind, and fully competent to make this affidavit.   I have personal knowledge of the facts stated herein and they are all true and correct.

"To the best of my belief and knowledge, Uplift Fort Worth, CDC is not currently in military service and has not been in military service since this suit was filed.   More specifically, Uplift Fort Worth, CDC is registered through the Secretary of State of the State of Texas as a non-profit entity under Section 501 (c)(3), Internal Revenue Code, and therefore, not subject to military service."

Affiant sayeth further not.

SIGNED on _March 12, 2014_ .

Respectfully submitted,

Don R. Stewart
Texas Bar No. 19206700
200 East Main Street
Arlington, TX 76010
Tel. (817) 548-9200
Fax. (817) 548-9210
Attorney for Plaintiff/Relator

**SUBSCRIBED AND SWORN TO BEFORE ME** on _March 12, 2014_ , by Don R. Stewart.


DALE B. PAHL
MY COMMISSION EXPIRES
October 4, 2016

Notary Public, State of Texas

**EXHIBIT "B"**

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel,** | § | |
| **LAWRENCE M. SMITH,** | § | |
| **Plaintiffs** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:12-cv4377-M** |
| | § | |
| **DEION L. SANDERS, INDIVIDUALLY,** | § | |
| and | § | |
| **DAMIEN LAMARC WALLACE A/K/A D. L.** | § | |
| **WALLACE, INDIVIDUALLY** | § | |
| and | § | |
| **FREDERICK R. MAYS. INDIVIDUALLY,** | § | |
| and | § | |
| **CHAZMA JONES, INDIVIDUALLY,** | § | |
| and | § | **JURY TRAIL DEMANDED** |
| **UPLIFT FORT WORTH, CDC,** | § | |
| **INDIVIDUALLY** | § | |
| and | § | |
| **CHARITY CHURCH, INDIVIDUALLY,** | § | |
| and | § | |
| **PRIME TIME ASSOCIATION,** | § | |
| **INDIVIDUALLY** | § | |
| and | § | |
| **TEXAS DEPARTMENT OF AGRICULTURE,** | § | |
| **INDIVIDUALLY,** | § | |
| and | § | |
| **JANE DOE AND JOHN DOE** | § | |
| **Defendants,** | § | |

---

## MOTION FOR CLERK TO ENTER DEFAULT

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Lawrence M. Smith, Relator Plaintiff, hereinafter referred to as Movant, and files this Motion For Clerk to Enter Default, and in support hereof, shows the court the following:

I.

---

Movant filed suit ex rel against Defendant, Charity Church, and others on October 31, 2012, Under Seal, seeking damages for violations of the Federal False Claims Act, 31 USC 3729-3733.  This cause was unsealed by order of the Court on July 8, 2013, and Defendant, Charity Church,, was served with Summons by personal service on the Church Director, Edward J. Parnell, on January 29, 2014, at its principal office located at 4400 Panola Avenue, Fort Worth, Texas 76013.  The Return of Service for Defendant, Charity Church, was filed in this cause on January 31, 2014.

II.

Defendant, Charity Church, has failed to plead, otherwise defend, make any appearance or file an answer within the time allowed by law and has wholly made default.

III.

The following documents are attached to this Motion:

1.      Certificate of Last Known Mailing Address (Exhibit "A")

2.      Nonmilitary Affidavit (Exhibit "B")

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Clerk of this Court make Entry of Default in this cause against Defendant, Charity Church, pursuant to Rule 55 (b)(1), *Federal Rules of Civil Procedure*.

Respectfully submitted,

Don R. Stewart
Texas Bar No. 19206700
200 East Main Street
Arlington, TX 76010
Telephone:     (817) 548-9200
Facsimile:     (817). 548-9210
E-Mail:  don@donstewartlaw.com
Attorney for Plaintiff/Relator

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Clerk To Enter Default was mailed via First Class Mail on this 12th day of March, 2014 to:

> Clay R. Mahaffey, Assistant United States Attorney
> UNITED STATES ATTORNEY'S OFFICE
> Northern District of Texas, Burnett Plaza, 17th Floor
> 801 Cherry St., Unit 4
> Fort Worth, TX 761902-6882

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel,** | § | |
| **LAWRENCE M. SMITH,** | § | |
| **Plaintiffs** | § | |
| | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:12-cv4377-M** |
| | § | |
| **DEION L. SANDERS, INDIVIDUALLY,** | § | |
| and | § | |
| **DAMIEN LAMARC WALLACE A/K/A D. L.** | § | |
| **WALLACE, INDIVIDUALLY** | § | |
| and | § | |
| **FREDERICK R. MAYS. INDIVIDUALLY,** | § | |
| and | § | |
| **CHAZMA JONES, INDIVIDUALLY,** | § | |
| and | § | **JURY TRAIL DEMANDED** |
| **UPLIFT FORT WORTH, CDC,** | § | |
| **INDIVIDUALLY** | § | |
| and | § | |
| **CHARITY CHURCH, INDIVIDUALLY,** | § | |
| and | § | |
| **PRIME TIME ASSOCIATION,** | § | |
| **INDIVIDUALLY** | § | |
| and | § | |
| **TEXAS DEPARTMENT OF AGRICULTURE,** | § | |
| **INDIVIDUALLY,** | § | |
| and | § | |
| **JANE DOE AND JOHN DOE** | § | |
| **Defendants,** | § | |

## CERTIFICATE OF LAST KNOW ADDRESS
## FOR DEFENDANT, CHARITY CHURCH

I Certify that, to the best of my knowledge and belief, the last known address of Defendant, Charity Church, is 4400 Panola Avenue, Fort Worth, Texas 76103.

Signed this ____12th____ day of ____March____, 2014.

Don R. Stewart, Attorney for Plaintiff/Relator

CERTIFICATE OF LAST KNOW ADDRESS FOR DEFENANT, CHARITY CHURCH.                    Page 1 of 1

## EXHIBIT "A"

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel, LAWRENCE M. SMITH, **Plaintiffs** | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv4377-M |
| DEION L. SANDERS, INDIVIDUALLY, and DAMIEN LAMARC WALLACE A/K/A D. L. WALLACE, INDIVIDUALLY and FREDERICK R. MAYS. INDIVIDUALLY, and CHAZMA JONES, INDIVIDUALLY, and UPLIFT FORT WORTH, CDC, INDIVIDUALLY and CHARITY CHURCH, INDIVIDUALLY, and PRIME TIME ASSOCIATION, INDIVIDUALLY and TEXAS DEPARTMENT OF AGRICULTURE, INDIVIDUALLY, and JANE DOE AND JOHN DOE **Defendants,** | § § § § § § § § § § § § § § § § § § § § § § § | JURY TRAIL DEMANDED |

## NONMILITARY AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Don R.

Stewart, who swore on oath that the following facts are true:

# EXHIBIT "B"

"My name is Don R. Stewart.   I am over 18 years of age, of sound mind, and fully competent to make this affidavit.   I have personal knowledge of the facts stated herein and they are all true and correct.

"To the best of my belief and knowledge, Charity Church is not currently in military service and has not been in military service since this suit was filed.   More specifically, Charity Church is registered through the Secretary of State of the State of Texas as a non-profit entity under Section 501 (c)(3), Internal Revenue Code, and therefore, not subject to military service."

Affiant sayeth further not.

SIGNED on *March 12, 2014* .

Respectfully submitted,

Don R. Stewart
Texas Bar No. 19206700
200 East Main Street
Arlington, TX 76010
Tel. (817) 548-9200
Fax. (817) 548-9210
Attorney for Plaintiff/Relator

**SUBSCRIBED AND SWORN TO BEFORE ME** on *March 12, 2014* , by Don R. Stewart.



DALE B. PAHL
MY COMMISSION EXPIRES
October 4, 2016

Notary Public, State of Texas

# EXHIBIT "B"