# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel, **LAWRENCE M. SMITH,** **Plaintiffs** | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv4377-M |
| **DEION L. SANDERS, INDIVIDUALLY,** and **DAMIEN LAMARC WALLACE A/K/A D. L. WALLACE, INDIVIDUALLY** and **FREDRICK R. MAYS. INDIVIDUALLY,** and **CHAZMA JONES, INDIVIDUALLY,** and **UPLIFT FORT WORTH, CDC, INDIVIDUALLY** and **CHARITY CHURCH, INDIVIDUALLY,** and **PRIME TIME ASSOCIATION, INDIVIDUALLY** and **TEXAS DEPARTMENT OF AGRICULTURE, INDIVIDUALLY,** and **JANE DOE AND JOHN DOE** **Defendants,** | § § § § § § § § § § § § § § § § § § § § § § § | JURY TRAIL DEMANDED |

### PLAINTAIFF/RELATOR'S, RESPONSE TO MOTION TO DISMISS OF DEFENDNT, FREDRICK R. MAYS, DEFENDANT, DAMIEN LAMARC WALLACE, AND DEFENDANT CHAZMA JONES

To The Honorable Judge of Said Court:

NOW COMES, United States of America *ex rel*, Lawrence M. Smith, in response to the Motion to Dismiss filed in this cause by Defendant, Fredrick R. Mays, Defendant, Damien Lamarc Wallace, and Defendant Chazma Jones, and would respectfully show unto the Court as follows:

1.      The Introduction section of the Motion to Dismiss filed in this cause by Defendant, Fredrick R. Mays, Defendant, Damien Lamarc Wallace, and Defendant Chazma Jones, contains false statements of fact:

2.      Defendants' Motion to Dismiss alleges the Proof of Service filed in this cause relative to Defendant, Fredrick R. Mays, indicates that Service of Summons was attempted on February 24, 2014.  In fact, the Proof of Service filed in this cause relative Service Summons to Defendant, Fredrick R. Mays, reflects that such Service of Summons was achieved by posting on the door of said defendant's residence at 422 South Irving Heights, Irving, Texas 75060, on February 26, 2014.

3.      Defendant, Damien Lamarc Wallace, and Defendant, Chazma Jones, both have filed sworn affidavits asserting that they do not reside at 12532 Avondale Ridge, Fort Worth, Texas 76179, and that neither of them had ever resided there.  The Affidavit In Support of Plaintiff/ Relator" Motion For Substitute Service on Defendant, Damien Lamarc Wallace, (Document 23) clearly establishes that the Guard at the security gate of the residence confirmed that both Defendant, Damien Lamarc Wallace, and Defendant, Chazma Jones, did presently reside at 12532 Avondale Ridge, Fort Worth, Texas 76179.  Further, the Affidavit of Lawrence M. Smith, attached hereto as Exhibit "A," and incorporated herein by reference for all purposes, establishes that Defendant, Damien Lamarc Wallace, at all times relevant to this cause, did reside at 12532 Avondale Ridge, Fort Worth, Texas 76179.  In fact, Defendant, Damien Lamarc Wallace and

Defendant, Chazma Jones, are now married, as evidenced by the true copy of their Marriage License documenting their marriage by Defendant, Fredrick R. Mays (F. R Mays) on October 19, 2011. Further, the Affidavit of David L. Mukasa, attached hereto as Exhibit "B," and incorporated herein by reference for all purposes, establishes that both Defendant, Damien Lamarc Wallace, and resided at 12532 Avondale, Fort Worth, Texas 76179 when he performed carpet cleaning services for them in September 2009. Still further, as documented by a Periodic Report filed with the Texas Secretary of State on September 5, 2013, a true copy of which attached as Exhibit "C," and incorporated herein by reference, 12532 Azondale Ridge, Fort Worth, Texas 76179 is listed as the address of Defendant, Damien Lamarc Wallace. The Court's Order (Document 25), signed on February 21, 2014, allowed Substituted Service, contrary to Counsel for Defendants', Damien Lamarc Wallace, Chazma Jones, and Fredrick R. Mays, allegation that no order had been made. Plaintiff/Relator also forwarded copies of the Summons with the Amended Complaint and the Court's order for substituted service attached to Defendant, Fredrick R. Mays 422 South Irving Heights, Irving, Texas 75060; Defendant, Damien Lamarc Wallace, and Defendant, Chazma Jones, at 12532 Avondale, Fort Worth, Texas 76179 by First Class Mail and by Certified Mail Return Receipt Requested. The Certified Mail sent to Defendant, Fredrick Mays, was delivered to 422 South Irving Heights, Irving, Texas 75060, and signed for by Tammy Mays on January 23, 2014. The First Class Mail to Defendant, Fredrick Mays, was not returned. The First Class Mail forwarded to Defendants, Damien Lamarc Wallace and Chazma Jones was rejected by Defendants, Damien Lamarc Wallace, and Defendant, Chazma Jones marked "Return to Sender Wrong Address' and with address changes marked on the envelope; however, the corrected address does not exist. The Certified Mail forwarded to Defendants, Damien Lamarc Wallace, and Chazma were returned to

Plaintiff/Relator marked "Unclaimed." It is clear that Defendant, Damien Lamarc Wallace, Defendant, Chazma Jones, and Defendant, Fredrick R. Mays, each received the Substituted Service, as they have responded with their Motion to Dismiss and filed their Original Answer of Defendants, Damien Lamarc Wallace, Frederick R. Mays, and Chazma Jones (Document 32)

4. The affidavit of Defendant, Damien Lamarc Wallace, is defective and should be stricken because it is wrongfully notarized by Defendant, Chazma Jones, who is his wife, she has an interest in this cause, and she knows and knew that the affidavit contained untruthful statements of fact, all in violation of Section 87.43, *Texas Administrative Code.*

5. Further, counsel for Defendants, Damien Lamarc Wallace, Chazma Jones, and Fredrick R. Mays should be disqualified as counsel for defendants because she is a possible witness in this cause due to the fact that she has been involved with said defendants relative to Plaintiff/Relator's allegations regarding the National School Lunch Program and the Summer Food Service Program. Ms. Kimberly Carlisle, was employed by Prime Prep Academy as Executive Director. Prime Prep; Academy was founded by and controlled by Defendant, Uplift Fort Worth, CDC, as a result of the wrongful acts and false statements of Defendants, Damien Lamarc Wallace, Chazma Jones, Deion L. Sanders, and Fredrick R. Mays.. In that capacity she would have been involved in all aspects of obtaining federal and state funds for both the National School Lunch Program and the Summer Food Service Program, as her mother is or was a vendor for such food programs.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff/Relator prays that the Motion to Dismiss filed by Defendants, Damien Lamarc Wallace, Chazma Jones, and Fredrick R. Mays, be in all things dismissed. Plaintiff/Relator prays that the affidavit of Defendant, Damien Lamarc Wallace, be stricken. Plaintiff/Relator further prays that Ms. Kimberly Carlisle, be disqualified

to serve as counsel for any defendant in this cause. Plaintiff/Relator prays for all relief to which

he shows the United States of America or himself to be justly entitled at law or in equity.

Respectfully submitted,

Don R. Stewart
Texas Bar No. 19206700
200 East Main Street
Arlington, Texas 76010
Tel. (817) 548 9200
Fax. (817) 548 9210
Attorney for Plaintiff/Relator
Lawrence Smith

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Relator's Response to Defendants', Damien Lamarc Wallace, Chazma Jones, and Fredrick R. Mays, Motion to Dismiss was mailed via First Class Mail on this 2nd day of April, 2014 to:

Clay R. Mahaffey, Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Northern District of Texas, Burnett Plaza, 17th Floor
801 Cherry St., Unit 4
Fort Worth, TX 761902-6882

Kimberly M. Carlisle
808 Stewart Ave., Ste. 200
State Bar No. 24062358
Plano, Texas 75074
Tel, 972-855-8140
Fax 888-233-3696
Attorney for Defendants, Wallace, Mays, and Jones

Don R. Stewart, Attorney for Plaintiff ex rel

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel, **LAWRENCE M. SMITH,** Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv4377-M |
| **DEION L. SANDERS, INDIVIDUALLY,** and **DAMIEN LAMARC WALLACE A/K/A D. L. WALLACE, INDIVIDUALLY** and **FREDERICK R. MAYS. INDIVIDUALLY,** and **CHAZMA JONES, INDIVIDUALLY,** and **UPLIFT FORT WORTH, CDC, INDIVIDUALLY** and **CHARITY CHURCH, INDIVIDUALLY,** and **PRIME TIME ASSOCIATION, INDIVIDUALLY** and **TEXAS DEPARTMENT OF AGRICULTURE, INDIVIDUALLY,** and **JANE DOE AND JOHN DOE** Defendants, | § § § § § § § § § § § § § § § § § § § § § § § § § | **JURY TRAIL DEMANDED** |

### AFFIDAVIT OF LAWRENCE M. SMTIH

STATE OF TEXAS

COUNTY OF TARRANT

BEFORE ME, the undersigned authority, on this day personally appeared Lawrence M. Smith who after being duly sworn stated:

"My name is Lawrence M. Smith, I am over the age of eighteen.  I am of sound mind, and I have personal knowledge of the facts stated in this affidavit, and said facts are true and

### EXHIBIT "A"

correct.  I am the Plaintiff/Relator in the above numbered and styled cause.  During the period between June 2008 until January 2010, I was associated with Damien Lamarc Wallace and Chazma Jones in various investment related endeavors.  In October 2009, I told Damien Lamarc Wallace that I had heard, from David Mukasa that he lived in a really nice house.  Damien Lamarc Wallace confirmed that he did live in a very nice house.  I told him that I would like to see it sometime.  Damien Lamarc Wallace invited me to drive by the house or visit him, and personally gave me his address as 12532 Avondale Ridge, Fort Worth, Texas 76179 so that I could go look at his home. In October 2009, I went to the property located at 12532 Avondale Ridge, Fort Worth, Texas 76170, with David Mukasa, who had previously told me about cleaning carpet for Damien Lamarc Wallace and Chazma Jones and the beauty of their home.  At Damien Lamarc Wallace's invitation in November 2009 I again went to the property prior to attending his daughter's basketball game at Justin Northwest High School nearby with Damien Lamarc Wallace.  Therefore, I have personal knowledge that Damien Lamarc Wallace a/k/a D. L. Wallace resides at 12532 Avondale Ridge, Fort Worth, Texas 76179.  I also have personal knowledge that Damien Lamarc Wallace and Chazma Jones are married."

_____
Lawrence M. Smith, Affiant

 

SUBSCRIBED AND SWORN TO BEFORE ME on _2 April 2014_ ,
to certify which witness my hand and seal of office.


DALE B. PAHL
MY COMMISSION EXPIRES
October 4, 2016

_____
Notary Public, State of Texas

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel,<br>LAWRENCE M. SMITH,<br>**Plaintiffs** | § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:12-cv4377-M |
| DEION L. SANDERS, INDIVIDUALLY,<br>and<br>DAMIEN LAMARC WALLACE A/K/A D. L.<br>WALLACE, INDIVIDUALLY<br>and<br>FREDERICK R. MAYS. INDIVIDUALLY,<br>and<br>CHAZMA JONES, INDIVIDUALLY,<br>and<br>UPLIFT FORT WORTH, CDC,<br>INDIVIDUALLY<br>and<br>CHARITY CHURCH, INDIVIDUALLY,<br>and<br>PRIME TIME ASSOCIATION,<br>INDIVIDUALLY<br>and<br>TEXAS DEPARTMENT OF AGRICULTURE,<br>INDIVIDUALLY,<br>and<br>JANE DOE AND JOHN DOE<br>**Defendants,** | § § § § § § § § § § § § § § § § § § § § § § | JURY TRAIL DEMANDED |

## AFFIDAVIT OF DAVID L. MUKASA

| | |
|---|---|
| STATE OF TEXAS | § § § |
| COUNTY OF TARRANT | |

BEFORE ME, the undersigned authority, on this day personally appeared David L. Mukasa who after being duly sworn stated:

"My name is David L. Mukasa. I am over the age of eighteen. I am of sound mind, and I have personal knowledge of the facts stated in this affidavit, and said facts are true and correct.

## EXHIBIT "B"

On or about September, 2009, I was contacted by Damian LaMarc Wallace with a request that I perform services in the nature of carpet cleaning at his residence located at 12532 Avondale Ridge, Fort Worth, Texas 76179.  I went to the residence located at 12532 Avondale Ridge, Fort Worth, Texas 76179, and was greeted by both Damian LaMarc Wallace and Chazma Jones, performed carpet cleaning services, and was paid $200.00 cash by Chazma Jones for the services I performed.  In October, 2009, I became acquainted with Lawrence Smith at Charity Church, located at 4400 Panola Avenue, Fort Worth, Texas 76103.  Damian LaMarc Wallace had requested that I meet Lawrence Smith at Charity Church to inspect carpeting at Charity Church. Later In October, 2009, Lawrence Smith requested that I show him where Damian LaMarc Wallace lived.  I rode with Lawrence Smith to the address 12532 Avondale Ridge, Fort Worth 76179, which I knew to be the residence of Damian LaMarc Wallace."

_____

David L. Mukasa, Affiant


SUBSCRIBED AND SWORN TO BEFORE ME on _____ ,
to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas



CURTIS ROBINSON JR.
Notary Public, State of Texas
My Commission Expires
December 23, 2014

# EXHIBIT "B"

**Form 802**
**(Revised 08/12)**

Submit in duplicate to:
Secretary of State
Reports Unit
P.O. Box 12028
Austin, TX 78711-2028
Phone: (512) 475-2705
FAX: (512) 463-1423
Dial: 7-1-1 for Relay Services
Filing Fee: See Instructions

**Periodic Report**
**of a**
**Nonprofit Corporation**

This space reserved for filing office use.

**FILED**
In the Office of the
Secretary of State of Texas

SEP 0 5 2013

**Corporations Section**

File Number: _11862870l_

1. The name of the corporation is: *(A name change requires an amendment; see Instructions)*

   Charity Church

2. It is incorporated under the laws of: (Set forth state or foreign country)   Texas

3. The name of the registered agent is:

   ☐ A. The registered agent is a corporation (cannot be entity named above) by the name of:

   Fredrick R. Mays

   OR

   ☐ B. The registered agent is an individual resident of the state whose name is:

   | First Name | MI | Last Name | Suffix |
   |---|---|---|---|

   RECEIVED
   SECRETARY OF STATE
   SEP 0 5 2013
   CLK 55
   AUSTIN, TEXAS

4. The registered office address, which is identical to the business address of the registered agent in Texas, is:
   *(Only use street or building address; see Instructions)*

   | 4400 Panola Ave. | Fort Worth | TX | 76103 |
   |---|---|---|---|
   | Street Address | City | State | Zip Code |

5. If the corporation is a foreign corporation, the address of its principal office in the state or country under the laws of which it is incorporated is:

   | N/A | | | | |
   |---|---|---|---|---|
   | Street or Mailing Address | City | State | Zip Code | Country |

6. The names and addresses of all directors of the corporation are: (A minimum of three directors is required.)
   *(If additional space is needed, include the information as an attachment to this form for item 6.)*

   | Ronkesha | E | Richardson | |
   |---|---|---|---|
   | First Name | MI | Last Name | Suffix |

   | 3828 Falcon Dr. | Fort Worth | TX | 76119 | US |
   |---|---|---|---|---|
   | Street or Mailing Address | City | State | Zip Code | Country |

   | Alton | R | Berry | |
   |---|---|---|---|
   | First Name | MI | Last Name | Suffix |

   | 7704 Albany Ln. | Arlington | TX | 76002 | US |
   |---|---|---|---|---|
   | Street or Mailing Address | City | State | Zip Code | Country |

   | Damien | | Wallace | |
   |---|---|---|---|
   | First Name | MI | Last Name | Suffix |

   | 12532 Azondale Ridge | Fort Worth | TX | 76179 | US |
   |---|---|---|---|---|
   | Street or Mailing Address | City | State | Zip Code | Country |

Form 802 — Page 4 of 5



**EXHIBIT**

C

7. The names, addresses, and titles of all officers of the corporation are: (The offices of president and secretary must be filled, but both may not be held by the same officer.)

*(If additional space is needed, include the information as an attachment to this form for Item 7.)*

| First Name | MI | Last Name | Suffix | Officer Title |
|---|---|---|---|---|
| Fredrick | R | Mays | | President |

| Street or Mailing Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| 422 S. Irving Heights Irving | Irving | Texas | 75060 | US |

| First Name | MI | Last Name | Suffix | Officer Title |
|---|---|---|---|---|
| Edward | J | Parnell | | Secretary |

| Street or Mailing Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| 2212 Jurassic Dr. | Arlington | TX | 76002 | |

| First Name | MI | Last Name | Suffix | Officer Title |
|---|---|---|---|---|
| Mitchale | G | Felder | | Exec. Chairman |

| Street or Mailing Address | City | State | Zip Code | Country |
|---|---|---|---|---|
| 5709 Oakmont Ln | Fort Worth | TX | 76102 | |

**Execution:**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 9/4/13

Signature of authorized officer



EXHIBIT
C



Charity Church
**Board of Directors Resolution**

Motion to Modify Board Of Directors

This is a Certified Copy of Resolution that was passed at a Meeting of the Board of Directors of Charity Church, at which a quorum was present on 08/28/2013.

BE IT RESOLVED that, the motion to Modify the Board of Directors at Charity Church, on date of 08/28/2013, as presented be as follows:

| | | |
|---|---|---|
| Edward Parnell | Secretary | 7212 Jurassic Dr. Arlington 76002 |
| Ronkesha Richardson | First Chair Board Member | 3828 Falcon Dr. Fort Worth TX. 76119 |
| Alton Berry | Second Chair Board Member | 7704 Albany Ln. Arlington TX. 76002 |
| Damien Wallace | Third Chair Board Member | 12532 Azondale Ridge Fort Worth TX 76179 |
| Mitchale Felder | Executive Chairman | 5709 Oakmont Ln. Fort Worth TX 76102 |
| Fredrick Mays | Chief Executive Chairman | 422 S. Irving Heights Irving TX 75060 |

RESOLVED FURTHUR, It is hereby certified by the undersigned that the foregoing resolution was duly passed by the Board of Directors on the 28th day of August 2013, in accordance with the Memorandum or By-Laws and Articles of Incorporation of the Charity Church and the laws and by-laws governing the Charity Church and that the said resolution has been duly recorded in the Minutes Book and is in full force and effect.

Chief Executive of the Board of Directors Signature

Executive Chairman Board of Directors Signature

Secretary Board of Directors Signature

**EXHIBIT**

tabbies

C



No. 117569

# STATE OF TEXAS

## MARRIAGE LICENSE

# COUNTY OF DENTON

To all licensed or ordained Christian Ministers and Priests; Jewish Rabbis; or persons who are officers of religious organizations; and who are duly authorized by the organization to conduct marriage ceremonies; Justices of the supreme court; Judges of the court of criminal appeals; Justices of the courts of civil appeals; Judges of the district, county, and probate courts; Judges of the county courts at law, courts of domestic relations and juvenile courts; Justices of the peace, and Judges of the Federal courts of this State:

### GREETING:

YOU ARE HEREBY AUTHORIZED TO CELEBRATE THE

### RITES OF MATRIMONY

Between

**DAMIEN LAMARC WALLACE**

and

**CHAZMA DIONNE JONES**

and  Make due return to the Clerk of the County Court of DENTON COUNTY, within THIRTY days thereafter, certifying your action under this license.

WITNESS my official signature and seal of office at office located in Denton, Texas, on this 10th  day of October   2011 A.D. At 01:59PM.

Cynthia Mitchell, County Clerk, Denton County,   Texas

By _____ , Deputy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, the undersigned hereby certify that on the _13th_ day of _October_ , _2011_,
I united in Marriage the parties named above.
WITNESS my hand

_Bishop FR Mays_
Printed Name of Official

_F.R Mays_
Official Signature

_8500 Doral CT East Flower Mound, TX 75025_
Official Title and Address

County of Marriage _Denton_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Returned and filed for record _October 19th_ AD _2011_

and recorded the _19th of October_ AD _2011_

_Michele Boutwell_ , Deputy

Cynthia Mitchell, COUNTY CLERK.



NAME OF MALE:   DAMIEN LAMARC WALLACE
DATE OF BIRTH:   NOVEMBER 16, 1971


AND


NAME OF FEMALE:  CHAZMA DIONNE JONES
DATE OF BIRTH:    DECEMBER 19, 1980


*This license expires at the end of the 30th day immediately following the date license was issued*
*if the marriage ceremony has not been conducted within that period [Texas Family Code, Sec. 2.201]*
*The marriage ceremony may not take place during the 72-hour period immediately following the*
*issuance of the marriage license unless: (1) an applicant is a member of the armed forces of the*
*United States and is on active duty;  (2) an applicant performs work for the US Dept. of Defense as a*
*department employee or under contract with the department;  (3) an applicant obtains an order of a*
*district court or county court at law with family law jurisdiction. [Texas Family Code, Sec. 2.204]; or*
*(4) couple completes a premarital education course described by [Texas Family Code, Sec. 2.013], and who*
*provides to the county clerk a premarital education course completion certificate indicating completion*
*of the premarital education course not more than one year before the date the marriage license application*
*is filed with the clerk.*
*By my signature I affirm that printed materials about acquired immune deficiency syndrome (AIDS)*
*and human immunodeficiency virus (HIV) prepared by the Texas Department of Health were distributed to*
*each applicant. [Texas Family Code, Sec. 2.009]*


DISTRIBUTED AND ISSUED ON:        OCTOBER 10, 2011  AT  01:59PM

CYNTHIA MITCHELL, COUNTY CLERK,
DENTON COUNTY

By _____ , Deputy




*MR AND MRS DAMIEN LAMARC WALLACE*
*P.O.BOX 535426*
*GRAND PARIRIE, TX  75053-*

DON R STEWART
ATTORNEY AT LAW
200 EAST MAIN STREET
ARLINGTON TX 76010-1126

IE

7617930023-1N          03/01/14
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Chazma Jones
12532 Avondale Ridge Drive
Fort Worth, Texas 76179

Saginew

Return to
wrong sende addre





UNITED STATES
POSTAL SERVICE

1000

76179

U.S. POSTAGE
PAID
ARLINGTON, TX
76004
FEB 24 '14
AMOUNT
$2.87
00092402-08

DON R STEWART
ATTORNEY AT LAW
200 EAST MAIN STREET
ARLINGTON TX 76010-1126

NIXIE        761793023-1N        03/01/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Return to Sender

Wrong address
note Here

signed

Damien Lamarc Wallace
12532 Avondale Ridge Drive
Fort Worth, Texas 76179



U.S. POSTAGE
FPMILV
ARLINGTON, TX
76004
FEB 24'14
AMOUNT

$2.87
00852462-08

UNITED STATES
POSTAL SERVICE

1000
76179

DON R. STEWART
ATTORNEY AT LAW
200 EAST MAIN STREET
ARLINGTON TX 76010-1126

UNCLAIMED

UNCLAIMED

MAR 1 2

CERTIFIED MAIL

7012 2920 0000 4535 2754

UNITED STATES
POSTAL SERVICE

1000

76179

U.S. POSTAGE
PAID
ARLINGTON,TX
76004
FEB 25'14
AMOUNT
$9.08
00092462-0

DON R STEWART
ATTORNEY AT LAW
200 EAST MAIN STREET
ARLINGTON TX 76010-1126



UNCLAIMED



UNCLAIMED

R COUNT
NOT POST'D

BAR 12



7012 3050 0002 1324 0859

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL





UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
ARLINGTON, TX
76004
FEB 24, 14
AMOUNT

$9.08

1000

76179   00092462-08





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FREDRICK R MAYS
422 S. IRVING HEIGHTS
IRVING, TX 75060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

_____    1-23-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)      7012 2920 0000 4534 7651

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

IRVING TX 75060

| | | |
|---|---|---|
| Postage | $ $2.72 | 0901 |
| Certified Fee | $3.10 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.37 | 01/22/2014 |

Sent To  FREDRICK R. Mays
Street, Apt. No.; or PO Box No.  422 S. Irving Heights
City, State, ZIP+4  IRVING, T 75060

PS Form 3800, August 2006        See Reverse for Instructions

7012 2920 0000 4534 7651