THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br><br> Plaintiffs, <br><br> vs. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br><br> Defendants. | § § § § § § § § § § §  Civil Action No. 3:12-CV-4377-M |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion[s] for Default Judgment*, filed April 6, 2015 (doc. 111), and April 7, 2015 (doc. 116), are **DENIED**.

SIGNED this 25 day of January, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS