THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* | § § § § | |
| Plaintiffs, | § | |
| vs. | § | Civil Action No. 3:12-CV-4377-M |
| | § | |
| DEION L. SANDERS, *Individually*, ET AL., | § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Default Judgment*, filed January 19, 2016 (doc. 149) is **DENIED**.

SIGNED this  11  day of July, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE