THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* § § § Plaintiffs, § vs. § DEION L. SANDERS, *Individually*, ET AL., § § Defendants. § | Civil Action No. 3:12-CV-4377-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motions for Default Judgment*, filed July 5, 2016 (docs. 161, 162, 163 and 164), are **DENIED**.

SIGNED this 1st day of September, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE