THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br><br> Plaintiffs, <br> vs. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br><br> Defendants. | § § § § § § § § § § |  Civil Action No. 3:12-CV-4377-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Motion for Default Judgment* as to Defendants T. Christopher Lewis and Uplift Forth Worth, CDC, filed July 5, 2016 (doc. 160) is **DENIED**.

**SIGNED** this 31st day of January, 2017.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE

,