IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* | § § § |
| Plaintiffs, | § |
| vs. | §   Civil Action No. 3:12-CV-4377-M |
| | § |
| DEION L. SANDERS, *Individually*, ET AL., | § |
| | § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Motion for Default Judgment*, filed July 5, 2016 (doc. 159), is **DENIED**. The defendant Deion Sanders' *Motion to Set Aside Clerk's Entry of Default,* filed August 5, 2016 (doc. 178) is **GRANTED**.

**SIGNED** this 31st day of January, 2017.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE