**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LAWRENCE M. SMITH, and UNITED** | § | |
| **STATES OF AMERICA,** *ex rel* | § | |
| | § | |
| **Plaintiffs**, | § | |
| | § | |
| v. | § | **Civil Action No. 3:12-CV-4377-M** |
| | § | |
| **DEION L. SANDERS,** *Individually*, **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge (which were signed on January 30, 2017, but are misdated January 30, 2016) and

conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have

been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct

and they are accepted as the Findings and Conclusions of the Court.

The *Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted*

*Filed By Defendants Charity Church and Fredrick Mays*, filed August 10, 2016 (doc. 184), and the

*Motion to Dismiss for Failure to State a Claim Upon Which Relief May Be Granted Filed by*

*Defendants Damien LaMarc Wallace and Chazma Jones*, filed August 10, 2016 (doc. 186) are

**GRANTED**.  The claims against Pastor Frederic R. Mays, Damien LaMarc Wallace, and Chazma

Jones for presenting a false claim and conspiring to submit a false claim in relation to the charter

school and grant applications are **DISMISSED WITH PREJUDICE**.   By separate judgment,

Relator's claims against Charity Church will be **DISMISSED WITH PREJUDICE**.[1]

      **SIGNED** this 21st day of March, 2017.


                                        **BARBARA M. G. LYNN**
                                        **CHIEF JUDGE**

---

[1] All claims related to Charity Church in Relator's *Third Amended Original Complaint* (doc. 89) regarding the summer school lunch program, which was consolidated with his separate suit regarding a charter school application and start-up grants (doc. 122), were previously dismissed (docs. 132, 134-35), so no further claims remain against this defendant.  It is not clear whether the claims against Damien LaMarc Wallace, Pastor Frederic R. Mays, and Chazma Jones in the *Third Amended Original Complaint* (doc. 89) remain pending.  Those claims were deleted from the only complaint filed after the consolidation, i.e., *Second Amended Complaint* (doc. 172), which superseded the *Third Amended Original Complaint* (doc. 89), but the *Second Amended Complaint* (doc. 172) only relates to the charter school application and start-up grants.