UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAWRENCE M. SMITH,<br>     Plaintiffs,<br>v.<br>DEION L. SANDERS, *et al.*,<br>     Defendants. | No. 3:12-CV-4377-M |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This case has been referred to the undersigned for a settlement conference. The undersigned attempted to hold settlement conferences on Monday, July 17, 2017, and on Thursday, July 20, 2017, as requested by the parties. Plaintiffs United States *ex rel.* Lawrence M. Smith, and Defendants Damien LaMarc Wallace, Fredrick R. Mays, and Chazma Jones, as well as counsel for Plaintiffs and Defendants appeared. Defendant Deion L. Sanders did not appear at the settlement conferences. Because Mr. Sanders failed to appear on either date, no settlement discussions took place. Mr. Sanders' refusal to attend and participate in the settlement conferences caused a waste of judicial resources and the parties' time. As a result of this conduct, the undersigned recommends that Mr. Sanders be held responsible for the costs and attorneys' fees incurred by Plaintiffs and his Co-Defendants. Further, the undersigned recommends that an order to show cause be entered ordering Mr. Sanders to appear and show cause as to why he should not be held in contempt and/or assessed sanctions for failing to comply with the Court's Order.

SO RECOMMENDED, this 20 day of July, 2017.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a true copy of these findings, conclusions, and recommendation on the parties. Pursuant to Title 28, United States Code, Section 636(b)(1), any party who desires to object to these findings, conclusions, and recommendation must serve and file written objections within fourteen days after service of the findings, conclusions, and recommendation. A party filing objections must specifically identify those findings, conclusions, or recommendation to which objections are being made. The District Court need not consider frivolous, conclusory, or general objections. A party's failure to file such written objections to these proposed findings, conclusions, and recommendation shall bar that party from a *de novo* determination by the District Court. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Additionally, any failure to file written objections to the proposed findings, conclusions, and recommendation within fourteen days after service shall bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc).