IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br>     Plaintiffs, <br><br> v. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br>     Defendants. | § § § § § § § § § § | Civil Action No. 3:12-CV-4377-M <br><br><br> Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims against Pinnacle and Does will be dismissed without prejudice for failure to timely serve these defendants.

SIGNED this 27 day of July, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE