IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br><br> Plaintiffs, <br><br> v. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br><br> Defendants. | § § § § § § § § § § § Civil Action No. 3:12-CV-4377-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant Charity Church's Motion for Attorneys' Fees and Brief in Support*, filed April 4, 2017 (doc. 243) is **DENIED**.

**SIGNED** this 21st day of December, 2017.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE