# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 17-11293
Summary Calendar

---

D.C. Docket No. 3:12-CV-4377

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2018
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA, ex rel, LAWRENCE M. SMITH,

      Plaintiff - Appellant

v.

DAMIEN LAMARC WALLACE, Individually, also known as D. L. Wallace; FREDERICK R. MAYS, Individually, also known as F. R. Mays, also known as Bishop F. R. Mays, also known as F. Ron Mays, also known as Fredrick R. Mays; CHAZMA JONES, Individually, also known as Chazma Jones Brown,

      Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Jun 13, 2018**

Attest:
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**