UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST. - ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

PrimeTimeAssociation
c/o Deion L. Sanders
1280 Preston Road
Dallas, TX 75078

NIXIE    750    DE    1          0006/15/18
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD
BC: 75242131052             *0394-00866-12-42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br> Plaintiffs, <br><br> v. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br> Defendants. | § <br> § <br> § <br> § <br> § Civil Action No. 3:12-CV-4377-M <br> § <br> § <br> § <br> § Referred to U.S. Magistrate Judge |

## ORDER

By standing order of reference dated June 8, 2015 (doc. 126), this case was referred for pretrial management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions. Before the Court is *Plaintiffs' Second Amended Motion for Sanctions and Contempt of Court Against Pro Se Defendant, Deion L. Sanders*, filed June 11, 2018 (doc. 425).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **Monday, July 2, 2018**. Movant may file a reply no later than **Monday, July 16, 2018**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 12th day of June, 2018.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.

PrimeTimeAssociation
c/o Deion L. Sanders
1280 Preston Road
Dallas, TX 75078

------------------------------------------

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST. - ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

NIXIE   750   DE 1        0006/15/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 7524213105 2    *0234-10369-11-42

U.S. District Court

Northern District of Texas
Notice of Electronic Filing

The following transaction was entered on 6/11/2018 at 10:00 AM CDT and filed on 6/11/2018
Case Name:   Smith et al v. Sanders et al
Case Number: 3:12-cv-04377-M-BH
Filer:
Document Number:   424(No document attached)

Docket Text:
ELECTRONIC ORDER finding as moot [409] Plaintiffs' First Amended Motion for Sanctions and Contempt of Court Against Defendant, Deion L Sanders based on the order granting leave to file a second amended motion. (See docs. 422, 423.) (Ordered by Magistrate Judge Irma Carrillo Ramirez on 6/11/2018) (Magistrate Judge Irma Carrillo Ramirez)

3:12-cv-04377-M-BH Notice has been electronically mailed to:

Don R Stewart    don@donstewartlaw.com, dale@donstewartlaw.com, donrstewart1943@gmail.com

John D Fraser    jfraser@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

William L Banowsky    bill.banowsky@tklaw.com, janice.graves@tklaw.com, patti.pyles@tklaw.com

Danise A McMahon    dmcmahon@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

Kimberly M Carlisle    kimberly@thecarlislefirm.com

Frank A King    frank.king@oag.texas.gov, jodie.clopton@oag.texas.gov, penny.smith@oag.texas.gov

Clayton Ray Mahaffey-DOJ    clay.mahaffey@usdoj.gov, CaseView.ECF@usdoj.gov, brian.stoltz@usdoj.gov, briana.amyett@usdoj.gov, brooke.lewis@usdoj.gov, gwen.g.byers@usdoj.gov, sarah.detter@usdoj.gov, scott.hogan@usdoj.gov

T Christopher Lewis    tcl@tchrislaw.com, mc@tchrislaw.com, stg@tchrislaw.com, tchristopherlewis@gmail.com

Deion L Sanders    deionssr@aol.com

3:12-cv-04377-M-BH The CM/ECF system has NOT delivered notice electronically to the

U.S. District Court

Northern District of Texas
Notice of Electronic Filing

The following transaction was entered on 6/11/2018 at 9:56 AM CDT and filed on 6/11/2018
Case Name:   Smith et al v. Sanders et al
Case Number: 3:12-cv-04377-M-BH
Filer:
Document Number:   423(No document attached)

Docket Text:
ELECTRONIC ORDER granting [422] Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Motion for Sanctions and Contempt of Court against Defendant, Deion L. Sanders. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Magistrate Judge Irma Carrillo Ramirez on 6/11/2018) (Magistrate Judge Irma Carrillo Ramirez)

3:12-cv-04377-M-BH Notice has been electronically mailed to:

Don R Stewart    don@donstewartlaw.com, dale@donstewartlaw.com, donrstewart1943@gmail.com

John D Fraser    jfraser@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

William L Banowsky    bill.banowsky@tklaw.com, janice.graves@tklaw.com, patti.pyles@tklaw.com

Danise A McMahon    dmcmahon@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

Kimberly M Carlisle    kimberly@thecarlislefirm.com

Frank A King    frank.king@oag.texas.gov, jodie.clopton@oag.texas.gov, penny.smith@oag.texas.gov

Clayton Ray Mahaffey-DOJ    clay.mahaffey@usdoj.gov, CaseView.ECF@usdoj.gov, brian.stoltz@usdoj.gov, briana.amyett@usdoj.gov, brooke.lewis@usdoj.gov, gwen.g.byers@usdoj.gov, sarah.detter@usdoj.gov, scott.hogan@usdoj.gov

T Christopher Lewis    tcl@tchrislaw.com, mc@tchrislaw.com, stg@tchrislaw.com, tchristopherlewis@gmail.com

Deion L Sanders    deionssr@aol.com