UpliftFortWorthCDC
c/o Prime Prep Academy Dallas
330 East Ann Arbor
Dallas, TX 75216

------------------------------------------

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST. - ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

NIXIE           750  FE 1          0006/15/18
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 75242131052         *0234-10371-11-42

U.S. District Court

Northern District of Texas
Notice of Electronic Filing

The following transaction was entered on 6/11/2018 at 9:56 AM CDT and filed on 6/11/2018
Case Name: Smith et al v. Sanders et al
Case Number: 3:12-cv-04377-M-BH
Filer:
Document Number: 423(No document attached)

Docket Text:
ELECTRONIC ORDER granting [422] Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Motion for Sanctions and Contempt of Court against Defendant, Deion L. Sanders. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Magistrate Judge Irma Carrillo Ramirez on 6/11/2018) (Magistrate Judge Irma Carrillo Ramirez)

3:12-cv-04377-M-BH Notice has been electronically mailed to:

Don R Stewart   don@donstewartlaw.com, dale@donstewartlaw.com, donrstewart1943@gmail.com

John D Fraser   jfraser@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

William L Banowsky   bill.banowsky@tklaw.com, janice.graves@tklaw.com, patti.pyles@tklaw.com

Danise A McMahon   dmcmahon@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

Kimberly M Carlisle   kimberly@thecarlislefirm.com

Frank A King   frank.king@oag.texas.gov, jodie.clopton@oag.texas.gov, penny.smith@oag.texas.gov

Clayton Ray Mahaffey-DOJ   clay.mahaffey@usdoj.gov, CaseView.ECF@usdoj.gov, brian.stoltz@usdoj.gov, briana.amyett@usdoj.gov, brooke.lewis@usdoj.gov, gwen.g.byers@usdoj.gov, sarah.detter@usdoj.gov, scott.hogan@usdoj.gov

T Christopher Lewis   tcl@tchrislaw.com, mc@tchrislaw.com, stg@tchrislaw.com, tchristopherlewis@gmail.com

Deion L Sanders   deionssr@aol.com

U.S. District Court

Northern District of Texas
Notice of Electronic Filing

The following transaction was entered on 6/11/2018 at 10:00 AM CDT and filed on 6/11/2018
Case Name:    Smith et al v. Sanders et al
Case Number: 3:12-cv-04377-M-BH
Filer:
Document Number:    424(No document attached)

Docket Text:
ELECTRONIC ORDER finding as moot [409] Plaintiffs' First Amended Motion for Sanctions and Contempt of Court Against Defendant, Deion L Sanders based on the order granting leave to file a second amended motion. (See docs. 422, 423.) (Ordered by Magistrate Judge Irma Carrillo Ramirez on 6/11/2018) (Magistrate Judge Irma Carrillo Ramirez)

3:12-cv-04377-M-BH Notice has been electronically mailed to:

Don R Stewart    don@donstewartlaw.com, dale@donstewartlaw.com, donrstewart1943@gmail.com

John D Fraser    jfraser@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

William L Banowsky    bill.banowsky@tklaw.com, janice.graves@tklaw.com, patti.pyles@tklaw.com

Danise A McMahon    dmcmahon@dallasbusinesslaw.com, pkelly@dallasbusinesslaw.com

Kimberly M Carlisle    kimberly@thecarlislefirm.com

Frank A King    frank.king@oag.texas.gov, jodie.clopton@oag.texas.gov, penny.smith@oag.texas.gov

Clayton Ray Mahaffey-DOJ    clay.mahaffey@usdoj.gov, CaseView.ECF@usdoj.gov, brian.stoltz@usdoj.gov, briana.amyett@usdoj.gov, brooke.lewis@usdoj.gov, gwen.g.byers@usdoj.gov, sarah.detter@usdoj.gov, scott.hogan@usdoj.gov

T Christopher Lewis    tcl@tchrislaw.com, mc@tchrislaw.com, stg@tchrislaw.com, tchristopherlewis@gmail.com

Deion L Sanders    deionssr@aol.com

3:12-cv-04377-M-BH The CM/ECF system has NOT delivered notice electronically to the