IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* § | | Civil Action No. 3:12-CV-4377-M |
| LAWRENCE M. SMITH § | | Consolidated with |
| § | | Civil Action No.3:13-CV-3106-M |
| Plaintiffs, § | | |
| vs. § | | |
| DEION L. SANDERS, *Individually* § | | |
| Prime Time association, *et al* § | | |
| Defendants § | § | Referred to U. S. Magistrate Judge |

PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COMES,** Plaintiff, United States of America, ex rel Lawrence M. Smith, having resolved all issues between all parties who have appeared in this cause, and signed this Stipulation,

**Pursuant to Rule 41(a)(1)(A)(ii), this action is HEREBY DISMISSED with prejudice.**

Dated: July  16  , 2019.

STIPULATIONS:

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| */s/ Don R. Stewart* | */s/ Arnold A. Spencer* |
| Don R. Stewart R. Stewart | Arnold A. Spencer |
| DON R. STEWART ATTORNEY AT LAW | SPENCER & ASSOCIATES |
| Texas Bar No. 19206700 | Texas Bar No. 00790791 |
| 3600 Smith Barry Road Suite | 201 Main Street, Suite 1440 |
| Arlington, Texas 76013 | Fort Worth, Texas 76102 |
| Telephone (817) 548- 9200 | Telephone (214) 385-8500 |
| Facsimile:  (817) 548 9210 | Facsimile: |
| Email: don@donstewartlaw.com | Email: arnoldspencer75225@gmail.com |
| | |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
| | |
| STIPULATED | STIPULATED |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiffs' Stipulation for Dismissal has been provided, via CM/ECF, on the 16th day of July 2019 to:

Clay R. Mahaffey, Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
Northern District of Texas, Burnett Plaza, 17th Floor
801 Cherry St., Unit 4
Fort Worth, TX 761902-6882

Danise A. McMahon
State Bar No. 00796148
2500 Parkway Suite 501
Plano, Texas 75093

Arnold A. Spencer
State Bar No. 00790791
Spence & Associates
201 Main Street, Suite 1440
Fort Worth, Texas 76102

    /s/ Don R. Stewart
Don R. Stewart, Attorney for Plaintiff ex rel