THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE M. SMITH, and UNITED STATES OF AMERICA, *ex rel* <br><br> Plaintiffs, <br><br> v. <br><br> DEION L. SANDERS, *Individually*, ET AL., <br><br> Defendants. | § § § § § § § § § § § Civil Action No. 3:12-CV-4377-M |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiffs' Second Amended Motion for Default Judgment Against Defendant, Uplift Fort Worth, CDC*, filed February 25, 2020 (doc. 517)*,* is **DENIED**.  By separate judgment, the relator's claims against defendants Uplift Fort Worth CDC, Jennifer Young, Remond Elder, Reginald Calhoun, T. Christopher Lewis, and RonKesha Evett Mays will be **DISMISSED with prejudice**.

**SIGNED** this 15th day of June, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE